# MEMORANDUM DECISIONS

CHAN PONG v. UNITED STATES (two cases). (Circuit Court of Appeals, Ninth Circuit. March 16, 1916.) Nos. 2605, 2606. In Error to the District Court of the United States for the First Division of the Northern District of California. George J. Hatfield, of San Francisco, Cal., for plaintiff in error. John W. Preston, U. S. Atty., and Caspar A. Ornbaum, Asst. U. S. Atty., both of San Francisco, Cal. Dismissed for noncompliance by plaintiff in error with rules 23 and 24 (150 Fed. xxxii, xxxiii, 79 C. C. A. xxxii, xxxiii)—failure of plaintiff in error to print record under rule 23, and to file a printed brief, under rule 24.

---

DUPLEX ENVELOPE Co., Inc., v. A. S. KRATZ CO., Inc., et al. (Circuit Court of Appeals, Fourth Circuit. February 24, 1916.) No. 1404. Appeal from the District Court of the United States for the Eastern District of Virginia, at Richmond; Edmund Waddill, Jr., Judge. Suit by the Duplex Envelope Company, Incorporated, against the A. S. Kratz Company, Incorporated, and another. From a decree (225 Fed. 68) dismissing the bill, complainant appeals. Affirmed. Melville Church, of Washington, D. C. (C. V. Meredith, of Richmond, Va., on the brief), for appellant. George A. Prevost, of Washington, D. C., and Hill Carter, of Richmond, Va. (L. P. Whitaker, of Washington, D. C., on the brief), for appellees. Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

PER CURIAM. We are satisfied after careful study of the case that the court below was right in dismissing the bill, and deem it unnecessary to add anything to the views expressed by the learned District Judge. The decree is accordingly affirmed on his opinion. Affirmed.

---

F. F. SLOCOMB & CO., Inc., v. A. C. LAYMAN MACH. CO. (Circuit Court of Appeals, Third Circuit. March 9, 1916. Rehearing Denied May 3, 1916.) No. 2001. Appeal from the District Court of the United States for the District of Delaware; Edward G. Bradford, Judge. E. H. Fairbanks, of Philadelphia, Pa., for appellant. William S. Jackson and Howson & Howson, all of Philadelphia, Pa., for appellee. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. In this patent case we have had the benefit of an able and illuminating opinion by the judge below, which is reported in 227 Fed. 94. The case was thoroughly argued in this court, and has since had our careful examination and consideration. We find no error in the decree below, and it will be affirmed. An opinion by us would simply be an effort to restate in different language what has already been so well said by Judge Bradford. We avoid needless duplication by adopting his opinion as expressive of our views.